NICHOLAS TRUTANICH
United States Attorney
DANIEL CLARKSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6357
FAX: (702) 388-6418
daniel.clarkson@usdoj.gov

Attorneys for the Plaintiff



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CRIMINAL INDICTMENT** |
| PLAINTIFF, | 2:19-cr-249 |
| vs. | **VIOLATIONS:** |
| ETHAN ELLIOT ERHARDT, | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) – Illegal Acquisition of a Firearm |
| DEFENDANT. | |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
(Illegal Acquisition of a Firearm)

On or about February 19, 2019, in the State and Federal District of Nevada,

**ETHAN ELLIOT ERHARDT,**

defendant herein, in connection with the acquisition of firearms, to wit: 10 Fabrique Nationale Herstal (FN), M249S, 5.56 caliber rifles, bearing serial numbers M249SA01897, M249SA02436, M249SA05447, M249SA07101, M249SA07099, M249SA07141, M249SA07111, M249SA07588, M249SA07367, M249SA07431; from "Green Valley Range," a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made and caused to be made a false and fictitious written statement to "Green Valley Range," which statement was intended and likely to deceive "Green Valley Range" as to a fact material to the lawfulness of the sale of said firearms under Chapter 44 of Title 18, United States Code, in that ETHAN ELLIOT ERHARDT did complete and execute a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, wherein ETHAN ELLIOT ERHARDT represented that he was the actual transferee/buyer of the firearms, when in fact, ETHAN ELLIOT ERHARDT was not the actual transferee/buyer of the firearms, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

DATED: this 1st day of October, 2019.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

NICHOLAS TRUTANICH
United States Attorney

DANIEL CLARKSON (for)
Assistant United States Attorney