**ELLER LAW, LLC.**
CRYSTAL ELLER, ESQ.
Nevada Bar #4978
104 S. Jones Blvd.
Las Vegas, Nevada 89107
Telephone (702) 685-6655
Facsimile (702) 804-5090
Email: crystal@crystalforthepeople.com
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: 2:19-cr-00249-JCM-BNW |
| Plaintiff, ) | |
| ) | |
| -vs- ) | |
| ) | |
| ETHAN ELLIOT ERHARDT, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### SUBSTITUTION OF ATTORNEY

ETHAN ELLIOT ERHARDT, Defendant, hereby agrees and consents to the substitution of, CRYSTAL ELLER, ESQ., 104 S. Jones Blvd. Las Vegas, Nevada 89107, 702-685-6655 as attorney of record in place and stead of: DAMIAN R. SHEETS ESQ.

DATED this 8th day of January 2020.

_____
ETHAN ELLIOT ERHARDT

-1-

DAMIAN R. SHEETS, ESQ., ATTORNEY AT LAW, hereby agrees and consents to the substitution of, CRYSTAL ELLER, ESQ., in his place and stead of as the attorney of record for Defendant, ETHAN ELLIOT ERHARDT.

DATED this 13 day of January 2020.

_____
DAMIAN R. SHEETS, ESQ.
ATTORNEY AT LAW
Mayfield Gruber & Sheets
726 S. Casino Center Blvd. Ste 211
Las Vegas, NV 89101-6742

I am duly admitted to practice in this District. Above substitution accepted.

DATED this 14th day of January 2020.

_____
CRYSTAL ELLER, ESQ.
RETAINED COUNSEL

**IT IS SO ORDERED**

**DATED: January 15, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**