

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

NICHOLAS TRUTANICH
United States Attorney
DANIEL CLARKSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6418
daniel.clarkson@usdoj.gov

*Attorneys for the United States*

```
____ FILED         ____ RECEIVED
____ ENTERED       ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

       MAR 10 2020

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ETHAN ELLIOT ERHARDT and<br>BORIS TRGOVCEVIC,<br><br>Defendants. | **SEALED SUPERSEDING<br>CRIMINAL INDICTMENT**<br><br>2:19-cr-00249-JCM-BNW<br><br>**VIOLATIONS:**<br><br>Engaging in the Business of Dealing in<br>Firearms Without a License<br>18 U.S.C. § 922(a)(1)(A) and 2<br><br>Illegal Acquisition of a Firearm<br>18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2 |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
(Engaging in the Business of Dealing Firearms Without a License)

Beginning on a date unknown but no later than December 18, 2018, and continuing to on or about February 19, 2019, in the State and Federal District of Nevada,

1

**ETHAN ELLIOT ERHARDT, and**
**BORIS TRGOVCEVIC,**

defendants herein, aiding and abetting each other, not being a licensed dealer, importer, and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D), and 2.

## COUNT TWO
(Illegal Acquisition of a Firearm)

On or about February 19, 2019, in the State and Federal District of Nevada,

**ETHAN ELLIOT ERHARDT, and**
**BORIS TRGOVCEVIC,**

defendants herein, aiding and abetting each other, in connection with the acquisition of firearms, to wit: 10 Fabrique Nationale Herstal (FN), M249S, 5.56 caliber rifles, bearing serial numbers M249SA01897, M249SA02436, M249SA05447, M249SA07101, M249SA07099, M249SA07141, M249SA07111, M249SA07588, M249SA07367, M249SA07431; from "Green Valley Range," a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made and caused to be made a false and fictitious written statement to "Green Valley Range," which statement was intended and likely to deceive "Green Valley Range" as to a fact material to the lawfulness of the sale of said firearms under Chapter 44 of Title 18, United States Code, in that ETHAN ELLIOT ERHARDT did complete and execute, and BORIS TRGOVCEVIC caused ETHAN ELLIOT ERHARDT to complete and execute, a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, wherein defendants represented that ETHAN ELLIOT ERHARDT was the actual transferee/buyer of the

firearms, when in fact, ETHAN ELLIOT ERHARDT was not the actual transferee/buyer of the firearms, all in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

**DATED:** this 10th day of March, 2020.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

NICHOLAS TRUTANICH
United States Attorney

DANIEL CLARKSON
Assistant United States Attorney