ELLER LAW, LLC
Crystal Eller, Esq.
Nevada State Bar No. 4978
104 South Jones Blvd.
Las Vegas, Nevada 89107
(702) 685-6655/Phone
(702) 804-5090/Fax
crystal@crystalforthepeople.com

Attorney for Ethan Elliot Erhardt

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  ETHAN ELLIOT ERHARDT,  Defendant. | Case No. 2:19-cr-00249-JCM-BNW  **LETTERS OF SUPPORT** |

NOW COMES, DEFENDANT ETHAN ELLIOT ERHARDT, by and through his attorney of record, Crystal Eller, Esq. and hereby submits the attached letters of support for the Court's consideration in his upcoming sentencing scheduled on November 13, 2020.

DATED this 5th day of November, 2020.

ELLER LAW, LLC
Nevada State Bar No. 4978
104 South Jones Blvd.
Las Vegas, Nevada 89107
(702) 685-6655/Phone
(702) 804-5090/Fax
crystal@crystalforthepeople.com
Attorney for Ethan Elliot Erhardt


By */s/Crystal Eller*
Crystal Eller, Esq.

**Crystal Eller**

| | |
|---|---|
| **From:** | deanna moore <deannamoore0305@yahoo.com> |
| **Sent:** | Thursday, October 15, 2020 3:54 PM |
| **To:** | Crystal Eller |
| **Subject:** | Ethan Erhardt - character letter |

Good morning your honor,

My name is Deanna Moore and I am writing this letter to you as a character reference on behalf of Ethan Erhardt. I am his girlfriend and ex-wife, unconventional I know and believe in giving people a second chance. Ethan is more than this charge and case you have with him, he is a hard working, dedicated and driven man. He is a good man who is responsible and law abiding, doesn't get into trouble and respects the law. He has accepted that he has done something wrong which he never did intentionally or maliciously and just wants the chance to put this nightmare behind him and prove that he is more than this situation, His family loves him and misses him and he needs to be back with his son who has been traumatized from police barging in their home with guns. I know he is better than this and will bounce back given the opportunity, he has spent most of his time locked up working on improving himself. He has done a lot of maturing, read a lot of books, received multiple certificates from the Aleph institute as well as worked and gotten promotions while being locked up. I hope you can see that he really is a good man who just made an honest mistake and show mercy and leniency on him. Thank you very much your honor and have a nice day.

Deanna Moore

Julie Hern
3321 Tembrook Drive
Sacramento, Ca. 95865

October 6,2020
Re: Ethan E. Erhardt

To: The Honorable judge Mahan.

Thanks for allowing me to provide you with a character reference letter. On behalf of my son Ethan Erhardt, that he will be appearing before your court, on November 13.2020. I known my son Ethan as a gentleman, kind, respectful and care for his son and family.
Me and our family has a very strong relationship with Ethan. His character of being strong, and positive to all his friends, and our community from very young age. He love to keep busy, learning and working.

Regarding this case, I understand that my son Ethan, have to deal with his issues, and accept all the consequences. I hope the court will give him a second chance. Ethan being absent for over 13 months, from his son, who he care for, support emotionally and financially.

Unfortunately, he made a bad mistake that put him at this unwanted case. Ethan is willing to accept his responsibility for his own actions. I believe he will change to a better person.

My sincere hope, that the court will take this letter in consideration at the time of sentencing. This case effected me as his mother, for my financial and health, including Ethan and all our family.
Basically, our life has been changed.
He's a good valuable man, to the society, and he's a good human being.

Sincerely

Julie Hern